**Marcus PERKINS, Petitioner–Appellant,**

v.

**CALIFORNIA STATE ATTORNEY GENERAL; et al., Respondents–Appellees.**

No. 03–55632.

D.C. No. CR–01–09907–NM.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Dec. 8, 2003.*

Decided Dec. 22, 2003.

Marcus Perkins, HDSP–High Desert State Prison, (Susanville), Susanville, CA, for Petitioner–Appellant.

Michael W. Whitaker, DAG, Stephanie C. Brenan, DAG, AGCA–Office of the California Attorney General (LA), Los Angeles, CA, for Respondents–Appellees.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

### MEMORANDUM**

California prisoner Marcus Perkins appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *Corajasso v. Ayers,* 278 F.3d 874, 877 (9th Cir.2002), and we affirm.

Perkins contends that the district court erred by dismissing his petition as untimely because he is entitled to equitable tolling due to a prison lockdown limiting access to the prison's library. We disagree.

Perkins has not demonstrated either that (1) extraordinary circumstances beyond his control existed to prevent library access, or that (2) it was impossible for him to file his petition on time because of a prison lockdown. *See* 28 U.S.C. § 2244; *Miles v. Prunty,* 187 F.3d 1104, 1107 (9th Cir.1999) (stating these two requirements for equitable tolling).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Perkins' motion for bail pending appeal is denied.

**AFFIRMED.**